## No. 17,889.

THOMAS S. BERNIE, ET AL. *v.* NELLIE S. DILLON.
(300 P. [2d] 805)

Decided August 20, 1956.   Rehearing denied September 10, 1956.

Mr. DAVID BERGER, for plaintiff in error.

Messrs. WOOD & RIS, Mr. EUGENE S. HAMES, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.